

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00261-CR

Daniel **LAQUE** Sr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-03-0060-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's motion to file a motion under seal is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court